**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOAN DUNN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BUCKS COUNTY COMMUNITY | : | |
| COLLEGE, et al. | : | No. 13-6726 |
| Defendants. | : | |
| | : | |

**ORDER**

AND NOW, on May 21, 2014, it is ORDERED, upon consideration of Defendants Bucks

County Community College, Tracey Donaldson, and Linda Fossler's Partial Motion to Dismiss

the First Amended Complaint (doc. 13), Plaintiff Joan Dunn's Memorandum in Opposition (doc.

14), and Bucks' Reply (doc. 16), the motion is GRANTED, in part, and DENIED, in part.

It is further ORDERED that Dunn may file a Second Amended Complaint within 14 days

of this Order, in accordance with the accompanying Memorandum Opinion.


BY THE COURT:


s/ Timothy R. Rice
U.S. MAGISTRATE JUDGE