IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAN DUNN : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | No. 13-6726 |
| v. : | |
| : | |
| BUCKS COUNTY : | |
| COMMUNITY COLLEGE : | |
| and : | |
| LINDA FOSSLER : | |
| and : | |
| TRACY DONALDSON : | |
| : | |
| Defendants. : | |

**STIPULATOIN FOR DISMISSAL OF INDIVIDUAL DEFENDANTS
WITH PREJUDICE**

The Parties, by and through their undersigned Counsel, hereby stipulate that the individual Defendants in this matter: Defendant Linda Fossler and Defendant Tracy Donaldson, are hereby dismissed from the instant suit with prejudice.

Respectfully submitted,

| | |
|---|---|
| */s Christine E. Burke* | */s Craig D. Ginsburg* |
| Christine E. Burke, Esq. | Craig D. Ginsburg, Esq. |
| **Karpf, Karpf & Cerutti, P.C.** | **Levin Legal Group, P.C.** |
| 3331 Street Road | 1301 Masons Mill Business Park |
| Two Greenwood Square | 1800 Byberry Road |
| Suite 128 | Huntington Valley, PA 19006 |
| Bensalem, PA 19020 | (215) 938-6378 Phone |
| (215) 639-0801 Phone | Counsel for Defendants |
| (215) 639-4970 Fax | |
| Counsel for Plaintiff | |

Dated: November 12, 2014